IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SHAREEN GRICE, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 2:25cv224-MHT |
| ) | (WO) |
| TOM REED, Officer, et al., ) | |
| ) | |
|     Defendants. ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit contending that the defendant police officers, court clerk, child welfare agency, and guardian ad litem violated her constitutional rights.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute and failure to comply with court orders to file an amended complaint and to keep the court appraised of changes to her address.  There are no objections to the recommendation.  After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 6th day of October, 2025.

                                                /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**